Michael J. Wiswall, OSB #941844
Email: mjw@hartwagner.com
Aaron J. Potter, OSB #992003
Email: ajp@hartwagner.com
HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

<u>Of Attorneys for Defendant Kupfer</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| LARRY DEAN BLACK, by and through Lenora Houser, Personal Representative,<br><br>Plaintiff,<br><br>v.<br><br>PAMELA HUGHES, DDS; and PHILLIP KUPFER, MD,<br><br>Defendants. | Case No. 3:17-cv-00293-AC<br><br>NOTICE OF ASSOCIATION OF COUNSEL AARON J. POTTER |

PLEASE TAKE NOTICE that Aaron J. Potter of Hart Wagner, LLP hereby associates as counsel with Michael J. Wiswall as an attorney for Defendant Philipp Kupfer, M.D. Service

///

///

///

Page 1 -   NOTICE OF ASSOCIATION OF COUNSEL
              AARON J. POTTER

HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

of all further papers and proceedings herein should be served upon Mr. Potter in addition to Michael J. Wiswall.

Respectfully submitted this 21st day of May, 2018.

HART WAGNER LLP

By: */s/ Aaron J. Potter*
Michael J. Wiswall, OSB #941844
mjw@hartwagner.com
Aaron J. Potter, OSB #992003
ajp@hartwagner.com
Of Attorneys for Defendant Philipp Kupfer, M.D.

Trial Attorney: Michael J. Wiswall, OSB #941844

Page 2 -  NOTICE OF ASSOCIATION OF COUNSEL
AARON J. POTTER

HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2018, I served the foregoing **NOTICE OF ASSOCIATION OF COUNSEL AARON J. POTTER** on the following parties at the following address:

>Jennifer Coughlin
>Hawn & Coughlin, LLP
>974 NW Riverside Blvd.
>Bend, OR 97703
>jlc@hawncoughlin.com
>
>Michelle R. Burrows
>Michelle R. Burrows, PC
>420 SW Washington, Suite 300
>Portland, OR 97204
>Michelle.r.burrows@gmail.com
>
>   of Attorneys for Plaintiff
>
>Paul Silver
>Lindsay Hart LLP
>Suite 3400
>1300 SW Fifth Avenue
>Portland OR 97201
>psilver@lindsayhart.com
>
>   of Attorneys for Defendant Hughes

by electronic means through the Court's Case Management/Electronic Case File system.

>    /s/ Aaron J. Potter
>    Aaron J. Potter, OSB #992003
>    Of Attorneys for Defendant Philipp Kupfer, M.D.

Page 1  -  CERTIFICATE OF SERVICE