UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

LARRY DEAN BLACK, by and through
Leonora Houser, Personal Representative,

Plaintiff,

v.

PAMELA HUGHES, DDS; and PHILLIP
KUPFER, MD,

Defendants.

Case No. 3:17-cv-00293-AC

ORDER OF DISMISSAL

ACOSTA, Magistrate Judge:

The Court GRANTS Plaintiff's Unopposed Motion to Dismiss with Prejudice (ECF No. 81), filed on August 27, 2018. Accordingly, IT IS HEREBY ORDERED and ADJUDGED that: (1) this action is DISMISSED with prejudice and without costs to any party; (2) pending motions, if any, are DENIED as moot; and (3) all scheduling dates shall be vacated and stricken from the calendar.

DATED this 28th day of August, 2018.

JOHN V. ACOSTA
United States Magistrate Judge